399 A.2d 129

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Thomas COMITO, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued March 6, 1979.

Decided March 26, 1979.

386

Lester G. Nauhaus, John H. Corbett, Jr., Asst. Public Defenders, H. Patrick McFalls, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

.  PER CURIAM:

Order affirmed.